ANDREW F. JESSEN, as Administrator of the Estate of AUGUSTA M. JESSEN, Deceased, Respondent, *v.* J. L. KESNER COMPANY, Appellant.

*Jessen v. Kesner Company,* 159 App. Div. 898, affirmed.
(Argued April 23, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 8, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate caused, as alleged, from injuries received through her being hit by an automobile on Third avenue, near the northerly crosswalk at Fifty-third street in the city of New York. An uptown or north-bound Third avenue surface car had stopped to let off passengers opposite the uptown side of Fifty-third street. The rear of the car was just a little north of the crosswalk. The deceased was seen directly behind the north-bound car walking west. She stepped out from behind the car on to the south-bound track, and was hit by defendant's automobile, which was going south upon that track.

*Abram I. Elkus, Carlisle J. Gleason* and *Wesley S. Sawyer* for appellant.

*Joseph M. Lesser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.